|     |     |     |
| --- | --- | --- |
|     |     |     |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-09-00253 SBA |
| --- | --- | --- |
| Plaintiff, | ) ) | ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE TO JUNE 2, 2009 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | ) ) | |
| DANIEL BELTRAN-ZAZUETA, | ) ) | |
| Defendant. | ) ) ) ) ) | Date:  April 28, 2009<br>Time:  9:00 a.m.<br>Court: Hon. Saundra Brown Armstrong |

The parties jointly requested that the hearing in this matter be continued from April 28, 2009 to June 2, 2009, and that time be excluded under the Speedy Trial Act between April 27, 2009 and June 2, 2009 to allow for the effective preparation of counsel, taking into account the exercise of due diligence, and continuity of defense counsel.  The government has produced discovery to defendant in the above-captioned matter.  Defendant has been indicted in a related matter in the District of South Dakota (Case No. CR-09-40039-02).  Defendant has requested that the government provide him with access to discovery in the related matter.  Counsel for the government in the Northern District of California received today nineteen CDs containing information regarding the related matter pending in the District of South Dakota.  Counsel for the government needs additional time to review the newly received information, and defendant

STIP. REQ. TO CONTINUE HEARING DATE TO JUNE 2, 2009 AND TO EXCLUDE TIME
No. CR-09-00253 SBA

1  will need time to review the information that is later provided.  Additionally, defendant needs
2  additional time to investigate this matter.  Furthermore, defense counsel will be unavailable
3  during the latter portion of May 2009.  The parties agree the ends of justice served by granting
4  the continuance outweigh the best interests of the public and defendant in a speedy trial.  For
5  these stated reasons, the Court finds that the ends of justice served by granting the continuance
6  outweigh the best interests of the public and defendant in a speedy trial.  Good cause appearing
7  therefor, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv),

8  **IT IS HEREBY ORDERED** that the status hearing in this matter is continued from
9  April 28, 2009 to June 2, 2009 at 9:00 a.m., and that time between April 27, 2009 and June 2,
10  2009 is excluded under the Speedy Trial Act to allow for the effective preparation of counsel,
11  taking into account the exercise of due diligence, and continuity of defense counsel.

13  DATED:4/27/09                                         _____
                                                        HON. SAUNDRA BROWN ARMSTRONG
14                                                      United States District Judge

STIP. REQ. TO CONTINUE HEARING DATE TO JUNE 2, 2009 AND TO EXCLUDE TIME
No. CR-09-00253 SBA