|   |   |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | NORTHERN DISTRICT OF CALIFORNIA |
| | OAKLAND DIVISION |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-09-00253 SBA |
| Plaintiff, | ) ) | ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING |
| v. | ) ) | DATE TO JUNE 30, 2009 AND TO EXCLUDE TIME UNDER THE SPEEDY |
| DANIEL BELTRAN-ZAZUETA, | ) ) | TRIAL ACT |
| Defendant. | ) ) ) ) ) | Date: June 2, 2009<br>Time: 9:00 a.m.<br>Court: Hon. Saundra Brown Armstrong |

The parties jointly requested that the hearing in this matter be continued from June 2, 2009 to June 30, 2009, and that time be excluded under the Speedy Trial Act between June 1, 2009 and June 30, 2009 to allow for the effective preparation of counsel, taking into account the exercise of due diligence, and continuity of defense counsel. The government has produced discovery to defendant in the above-captioned matter. Defendant has been indicted in a related matter in the District of South Dakota (Case No. CR-09-40039-02). Per defendant's request, on May 11, 2009, the government provided defendant access to discovery in the related matter, which included at least nineteen CDs containing digital discovery. Defendant needs time to review the information that was provided on May 11, 2009. Additionally, defendant needs additional time to investigate this matter. Furthermore, defense counsel was unavailable during

STIP. REQ. TO CONTINUE HEARING DATE TO JUNE 30, 2009 AND TO EXCLUDE TIME
No. CR-09-00253 SBA

1  the latter portion of May 2009.  The parties agree the ends of justice served by granting the
2  continuance outweigh the best interests of the public and defendant in a speedy trial.  For these
3  stated reasons, the Court finds that the ends of justice served by granting the continuance
4  outweigh the best interests of the public and defendant in a speedy trial.  Good cause appearing
5  therefor, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv),

6  **IT IS HEREBY ORDERED** that the status hearing in this matter is continued from June
7  2, 2009 to June 30, 2009 at 9:00 a.m., and that time between June 1, 2009 and June 30, 2009 is
8  excluded under the Speedy Trial Act to allow for the effective preparation of counsel, taking into
9  account the exercise of due diligence, and continuity of defense counsel.

11  DATED:6/1/09

       _____
       HON. SAUNDRA BROWN ARMSTRONG
       United States District Judge

STIP. REQ. TO CONTINUE HEARING DATE TO JUNE 30, 2009 AND TO EXCLUDE TIME
No. CR-09-00253 SBA