UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-09-00253 SBA |
| Plaintiff, | ) ) | ORDER GRANTING STIPULATED REQUEST TO SET CHANGE OF PLEA AND SENTENCING ON DECEMBER 15, 2009 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | ) ) ) | |
| DANIEL BELTRAN-ZAZUETA, | ) ) | |
| Defendant. | ) ) ) ) | Date:     December 8, 2009<br>Time:     10:00 a.m.<br>Court:    Hon. Saundra Brown Armstrong |

The parties jointly requested that the change of plea and sentencing hearing in this matter be continued to December 15, 2009 at 10:00 a.m.  The parties further requested that time be excluded under the Speedy Trial Act between October 23, 2009 and December 15, 2009 to allow time for the Court to consider the proposed plea agreement to be entered into by the defendant and the attorney for the government, and to allow time for the preparation of a Presentence Investigation Report by the United States Probation Office.  The United States Probation Office needs one additional week to prepare a Presentence Investigation Report.  Defendant agreed that the Court may review the pre-plea Presentence Investigation Report even though he has not yet pleaded guilty.  Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(1)(G),

1    **IT IS HEREBY ORDERED** that the change of plea and sentencing hearing is continued
2    to December 15, 2009 at 10:00 a.m., and that time between October 23, 2009 and December 15,
3    2009 is excluded under the Speedy Trial Act, and specifically pursuant to 18 U.S.C. §
4    3161(h)(1)(G), for consideration by the Court of a proposed plea agreement to be entered into by
5    the defendant and the attorney for the government.

7    DATED:10/26/09                                             _____*Saundra B Armstrong*_____
                                                                HON. SAUNDRA BROWN ARMSTRONG
8                                                               United States District Judge